IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00232-MR-WCM

| | |
|---|---|
| DANA H. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| PRESENCELEARNING, INC., | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on a Notice of Withdrawal (the "Notice," Doc. 14) filed by Michael R. Link, who was previously admitted to practice *pro hac vice* in this matter. See Doc. 13.

Generally, while the substitution of counsel is allowed in this district, see LCvR 83.1(g), attorneys wishing to withdraw may not simply do so unilaterally, but rather must obtain leave of court, as described in Local Civil Rule 83.1(f).

However, considering that Kellie A. Tabor will remain as counsel for Defendant, the undersigned will construe the Notice as being a motion to withdraw.

**IT IS THEREFORE ORDERED** that the Notice of Withdrawal (Doc. 14), which the undersigned has construed as a motion to withdraw, is **GRANTED**, and Michael R. Link is **WITHDRAWN** as counsel of record for Defendant.

Signed: December 20, 2023

W. Carleton Metcalf
United States Magistrate Judge