IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00232-MR-WCM

| | |
|---|---|
| DANA H. BELL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PRESENCELEARNING, INC., | ) |
| Defendant. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Kellie A. Tabor. The Motion indicates that Ms. Tabor, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Kellen Shearin, who the Motion represents as being a member in good standing of the Bar of West Virginia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** Kellen Shearin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 21, 2024

W. Carleton Metcalf
United States Magistrate Judge